UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MAKYYLA HOLLAND,

                Plaintiff,

- against -

BROOME COUNTY; DAVID E. HARDER, in his individual and official capacity as Broome County Sheriff; MARK SMOLINSKY, in his individual and official capacity as Broome County Jail Chief Administrator; and ISHTIAQ HOSSAIN, MAHMOOD AHMED, PARRIS GEORGE, ADAM VALLS, DAVID ALLEN, FRANKLIN BIRT, MICHAEL MCCAFFERTY, MATTHEW SIMEK, DANIEL WEIR, JOSEPH DAVIS, NICHOLAS BIXBY, DOUGLAS DAILEY, ADAM WILCOX, BRIAN DOYLE, COLIN RILEY and CORRECTIONS OFFICERS DOE 1–5, all in their individual capacities,

                Defendants.

No. 9:22-CV-00297-DNH-CFH

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE**

---

        Plaintiff Makyyla Holland ("Plaintiff"), and Defendants Broome County; David E. Harder, in his individual and official capacity as Broome County Sheriff; Mark Smolinsky, in his individual and official capacity as Broome County Jail Chief Administrator; and Ishtiaq Hossain, Mahmood Ahmed, Parris George, Adam Valls, David Allen, Franklin Birt, Michael McCafferty, Matthew Simek, Daniel 2 Weir, Joseph Davis, Nicholas Bixby, Douglas Dailey, Adam Wilcox, Brian Doyle, Colin Riley, all in their individual capacities (collectively, the "Defendants") respectfully submit this stipulation and proposed order (1) amending the deadlines set forth in the Civil Case Management Plan (Dkt. No. 28) and Uniform Pretrial Scheduling Order (Dkt. No, 31), and (2) allowing the Parties to exceed the ten deposition limit imposed by Fed. R. Civ. P. 30(a)(2);

WHEREAS, the Court entered the Civil Case Management Plan in this Action on June 22, 2022;

WHEREAS, the Court entered the Uniform Pretrial Scheduling Order in this action on July 8, 2022;

WHEREAS, the operative Amended Complaint (Dkt. No. 46) was filed on September 13, 2022 against 17 named defendants, including 11 defendants who were not individually named in the original complaint, and five "Doe" defendants;

WHEREAS, the Parties are working cooperatively on discovery;

WHEREAS, the Parties understand it to be necessary and prudent to extend the discovery schedule given the issues and number of defendants in this action;

WHEREAS, the Parties agree it necessary and prudent to exceed the number of depositions that may be taken under Fed. R. Civ. P. 30(a)(2);

WHEREAS, Plaintiff intends to take up to twenty-five (25) fact depositions before the discovery deadline (of which nine have already occurred or been noticed as of the date of this proposed stipulation);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. Good cause exists for an amendment to the deadlines set forth in the Civil Case Management Plan and Uniform Pretrial Scheduling Order.

2. The deadlines set forth in the Civil Case Management Plan and Uniform Pretrial Scheduling Order are modified as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline to exchange opening expert disclosures | January 13, 2023 | April 17, 2023 |
| Deadline to complete all discovery | April 14, 2023 | July 14, 2023 |
| Deadline to exchange responsive expert disclosures | February 28, 2023 | May 30, 2023 |
| Deadline to exchange rebuttal expert disclosures | March 24, 2023 | June 23, 2023 |
| Deadline to serve requests to admit | April 28, 2023 | July 28, 2023 |
| Deadline to complete mediation | May 29, 2023 | August 28, 2023 |
| Deadline to make motions and applications | June 15, 2023 | September 12, 2023 |
| Trial to commence | September 18, 2023 | December 18, 2023 |

3. The parties may take up to 25 fact depositions.

Dated:   New York, New York
         November 17, 2022

PAUL, WEISS, RIFKIND, WHARTON &
 GARRISON LLP

By: /s/ Jeremy A. Benjamin
    Jeremy A. Benjamin

Loretta E. Lynch
Audra J. Soloway
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
jbenjamin@paulweiss.com
lelynch@paulweiss.com
asoloway@paulweiss.com

TRANSGENDER LEGAL DEFENSE &
 EDUCATION FUND, INC., by:
 Gabriel Arkles
Shayna Medley
520 8th Avenue, Suite 2204
New York, New York 10018
(646) 993-1675
garkles@transgenderlegal.org
smedley@transgenderlegal.org

3

                                        NEW YORK CIVIL LIBERTIES UNION
                                         FOUNDATION
Gabriella Larios
Robert Hodgson
125 Broad Street, 19th Floor
New York, New York 10004
(212) 607-3300
glarios@nyclu.org
rhodgson@nyclu.org

*Counsel for Plaintiff Makyyla Holland*

Dated:   Binghamton, New York
           November 17, 2022

ROBERT G. BEHNKE
Broome County Attorney

By: /s/ Jennifer L. Church
     Jennifer L. Church, of counsel

Broome County Attorney's Office
Edwin L. Crawford County Office Bldg.
PO Box 1766
Binghamton, New York 13902-1766
(607) 778-2117

*Counsel for Defendants Broome County, David E. Harder, Mark Smolinsky, Parris George, Adam Valls, David Allen, Franklin Birt, Michael McCafferty, Matthew Simek, Daniel Weir, Joseph Davis, Nicholas Bixby, Douglas Dailey, Adam Wilcox, Brian Doyle, and Colin Riley*

Dated:   Poughkeepsie, New York
        November 17, 2022

                                        The Law Offices of
                                        STEINBERG, SYMER & PLATT, LLP

                                        By: /s/ Jonathan E. Symer
                                             Jonathan E. Symer

                                        22 IBM Road, Suite 201
                                        Poughkeepsie, New York 12601
                                        (845) 471-4455

                                        *Counsel for Defendants Ishtiaq Hossain and Mahmood Ahmed*