IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKYYLA HOLLAND,<br><br>      *Plaintiff*,<br><br>v.<br><br>BROOME COUNTY; DAVID E. HARDER, in his individual and official capacity as Broome County Sheriff; MARK SMOLINSKY, in his individual and official capacity as Broome County Jail Chief Administrator; and ISHTIAQ HOSSAIN, MAHMOOD AHMED, PARRIS GEORGE, ADAM VALLS, and CORRECTIONS OFFICERS DOE 1–11, all in their individual capacities.<br><br>      *Defendants*. | Civil Action No.: 9:22-CV-297 (DNH/CFH)<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |

**PLEASE TAKE NOTICE** that Eric Abrams, subject to the Court's approval, hereby withdraws as counsel for Makyyla Holland in this action on the ground that they will be ending their employment with Paul, Weiss, Rifkind, Wharton & Garrison LLP as of December 30, 2022. The undersigned with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, and all counsel of record with the Transgender Legal Defense & Education Fund, Inc., and the New York Civil Liberties Union Foundation will remain counsel of record.

Dated: New York, New York
December 12, 2022

          PAUL, WEISS, RIFKIND, WHARTON
           & GARRISON LLP

          */s/ Jeremy A. Benjamin*

Loretta E. Lynch (Bar Roll #: 703458)
Audra J. Soloway (Bar Roll #: 703461)
Jeremy A. Benjamin (Bar Roll #: 516705)
lelynch@paulweiss.com
asoloway@paulweiss.com
jbenjamin@paulweiss.com
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

*Attorneys for Plaintiff Makyyla Holland*

2