**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
212-373-3502

WRITER'S DIRECT FACSIMILE
212-492-0502

WRITER'S DIRECT E-MAIL ADDRESS
jbenjamin@paulweiss.com

MATTHEW W. ABBOTT, EDWARD T. ACKERMAN, JACOB A. ADLERSTEIN, JUSTIN ANDERSON, ALLAN J. ARFFA, JONATHAN H. ASHTOR, ROBERT A. ATKINS, SCOTT A. BARSHAY, PAUL M. BASTA, LYNN B. BAYARD, JOSEPH J. BIAL, BRUCE BIRENBOIM, H. CHRISTOPHER BOEHNING, BRIAN BOLIN, ANGELO BONVINO, ANDRE G. BOUCHARD*, GERALD BRANT, ROBERT A. BRITTON, WALTER F. BROWN*, SUSANNA M. BUERGEL, JESSICA S. CAREY, JOHN P. CARLIN, DAVID CARMONA, GEOFFREY R. CHEPIGA, ELLEN N. CHING, WILLIAM A. CLAREMAN, LEWIS R. CLAYTON, YAHONNES CLEARY, REBECCA S. COCCARO, JAY COHEN, KELLEY A. CORNISH, CHRISTOPHER J. CUMMINGS, THOMAS V. DE LA BASTIDE III, MEREDITH R. DEARBORN*, ARIEL J. DECKELBAUM, KAREN L. DUNN, ALICE BELISLE EATON, ANDREW J. EHRLICH, GREGORY A. EZRING, ROSS A. FIELDSTON, ANDREW C. FINCH, BRAD J. FINKELSTEIN, BRIAN P. FINNEGAN, ROBERTO FINZI, PETER E. FISCH, HARRIS FISCHMAN, VICTORIA S. FORRESTER, HARRIS B. FREIDUS, MANUEL S. FREY, KENNETH A. GALLO, MICHAEL E. GERTZMAN, ADAM M. GIVERTZ, SALVATORE GOGLIORMELLA, NEIL GOLDMAN, MATTHEW B. GOLDSTEIN, ROBERTO J. GONZALEZ*, CATHERINE L. GOODALL, CHARLES H. GOOGE, JR., ANDREW G. GORDON, BRIAN S. GRIEVE, UDI GROFMAN, BRUCE A. GUTENPLAN, MELINDA HAAG*, ALAN S. HALPERIN, CLAUDIA HAMMERMAN, IAN M. HAZLETT, BRIAN S. HERMANN, JOSHUA HILL JR., MICHELE HIRSHMAN, JARRETT R. HOFFMAN, ROBERT HOLO, CHRISTOPHER HOPKINS, DAVID S. HUNTINGTON, AMRAN HUSSEIN, LORETTA A. IPPOLITO, WILLIAM A. ISAACSON*, JAREN JANGHORBANI, BRIAN M. JANSON, JEH C. JOHNSON, MATTHEW B. JORDAN, BRAD S. KARP, PATRICK N. KARSNITZ, JOHN C. KENNEDY, ROBERT A. KILLIP, BRIAN KIM, KYLE J. KIMPLER, JEFFREY L. KOCHIAN, ALEXIA D. KORBERG, ALAN W. KORNBERG, DANIEL J. KRAMER, BRIAN KRAUSE, CAITH KUSHNER, KAISA KUUSK, DAVID K. LAKHDHIR, GREGORY F. LAUFER, BRIAN C. LAVIN, XIAOYU GREG LIU, RANDY LUSKEY*, LORETTA E. LYNCH, JEFFREY D. MARELL, MARCO V. MASOTTI, DAVID W. MAYO, ELIZABETH R. MCCOLM, JEAN M. MCLOUGHLIN, ALVARO MEMBRILLERA, MARK F. MENDELSOHN, CLAUDINE MEREDITH-GOUJON, WILLIAM B. MICHAEL, JUDIE NG SHORTELL*, CATHERINE NYARADY, JANE B. O'BRIEN, BRAD R. OKUN, SUNG PAK, CRYSTAL L. PARKER, LINDSAY B. PARKS, ANDREW M. PARLEN, DANIELLE C. PENHALL, CHARLES J. PESANT, JESSICA E. PHILLIPS*, AUSTIN S. POLLET*, VALERIE E. RADWANER, JEFFREY J. RECHER, CARL L. REISNER, JEANNIE S. RHEE*, LORIN L. REISNER, WALTER G. RICCIARDI, RICHARD A. ROSEN, ANDREW N. ROSENBERG, JUSTIN ROSENBERG, JACQUELINE P. RUBIN, RAPHAEL M. RUSSO, ELIZABETH M. SACKSTEDER, JEFFREY B. SAMUELS, PAUL L. SANDLER, AARON J. SCHLAPHOFF, KENNETH M. SCHNEIDER, ROBERT B. SCHUMER, JOHN M. SCOTT, BRIAN SCRIVANI, KYLE T. SEIFRIED, KANNON K. SHANMUGAM*, SUHAN SHIM, CULLEN L. SINCLAIR, AUDRA J. SOLOWAY, SCOTT M. SONTAG, JOSHUA H. SOVEN*, MEGAN SPELMAN, ROBERT Y. SPERLING, EYITAYO ST. MATTHEW-DANIEL, SARAH STASNY, AIDAN SYNNOTT, BRETTE TANNENBAUM, RICHARD C. TARLOWE, DAVID TARR, MONICA K. THURMOND, DANIEL J. TOAL, LAURA C. TURANO, CONRAD VAN LOGGERENBERG, KRISHNA VEERARAGHAVAN, JEREMY M. VEIT, LIZA M. VELAZQUEZ, MICHAEL VOGEL, RAMY J. WAHBEH, JOHN WEBER, LAWRENCE G. WEE, THEODORE V. WELLS, JR., SAMUEL J. WELT, LINDSEY L. WIERSMA, STEVEN J. WILLIAMS, LAWRENCE I. WITDORCHIC, MARK B. WLAZLO, ADAM WOLLSTEIN, JULIA TARVER MASON WOOD, STACI YABLON, JORDAN E. YARETT, BOSCO YIU*, KAYE N. YOSHINO, TONG YU, TRACEY A. ZACCONE, TAURIE M. ZEITZER, KENNETH S. ZIMAN, T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

December 14, 2022

**By ECF**

The Honorable Christian F. Hummel
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

    Re:    *Holland* v. *Broome County, et al.*, 9:22-CV-297 (DNH/CFH) (N.D.N.Y.)

Dear Judge Hummel:

    On behalf of Plaintiff Makyyla Holland, we respectfully submit this reply to the County Defendants' response (Dkt. No. 69) to our request for a conference with Your Honor, or, alternatively, leave to file a motion to compel (Dkt. No. 67 (the "December 7 Letter")).[1]

    To date, we have yet to receive a *single* verified response from *any* County Defendant to *any* of Plaintiff's Interrogatories. Those Interrogatories seek information at the core of Ms. Holland's case, including the identity of persons with knowledge of the various abuses she suffered while in BCJ custody. Responses to the Interrogatories are, therefore, essential to the efficient conduct of discovery in this action. Although the

---

[1]    Capitalized terms have the meaning given in our December 7 Letter.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Christian F. Hummel

2

Federal Rules clearly require that such responses be served within 30 days, we have been waiting for over *five months* to receive verified responses to Interrogatories that Ms. Holland served on the Original County Defendants on July 1 and over *two months* to receive any response to the remaining Interrogatories, which she served on October 12.

In their letter to the Court, the County Defendants do not dispute their obligations under the rules or deny that they have failed to meet those obligations. Rather, they appear to suggest that they have engaged in an enormous amount of document discovery, which they vastly overstate,[2] that their attorneys are overwhelmed,[3] and that discovery in this action, therefore, should be stayed.

We have been flexible and accommodating with discovery deadlines, including with respect to interrogatory responses, document production, and the scheduling of depositions. It is, however, entirely inappropriate and prejudicial to deny or further delay Ms. Holland's access to sworn responses containing information to which she is clearly entitled and which should not be so difficult to obtain. The County Defendants should therefore be required to provide sworn responses forthwith.[4]

For the foregoing reasons and those contained in our December 7 Letter, Plaintiff requests a discovery conference with Your Honor, or, alternatively, leave to move to compel the County Defendants to serve verified responses to the Interrogatories.

Respectfully submitted,

/s/ Jeremy A. Benjamin

Jeremy A. Benjamin

cc:     All counsel of record (by ECF)

---

[2] The County Defendants have produced approximately 250 documents to date.

[3] Ms. Church refers to personal circumstances that have hampered her ability to attend to discovery in this case. Although we are not aware of the facts of those circumstances we, of course, are sympathetic to Ms. Church. However, over two weeks ago, in order to protect our client's interests, we requested a date certain by which the County Defendants would respond to Ms. Holland's Interrogatories. (Dkt. No. 67-8.) The County Defendants never responded and have yet to commit to a date by which they will provide the requested information.

[4] Ms. Holland additionally reserves her rights to reopen depositions where appropriate to probe information contained in the County Defendants' long overdue responses.