UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MAKYYLA HOLLAND,

                    Plaintiff,

- against -

BROOME COUNTY; DAVID E. HARDER, in his individual and official capacity as Broome County Sheriff; MARK SMOLINSKY, in his individual and official capacity as Broome County Jail Chief Administrator; and ISHTIAQ HOSSAIN, MAHMOOD AHMED, PARRIS GEORGE, ADAM VALLS, DAVID ALLEN, FRANKLIN BIRT, MICHAEL MCCAFFERTY, MATTHEW SIMEK, DANIEL WEIR, JOSEPH DAVIS, NICHOLAS BIXBY, DOUGLAS DAILEY, ADAM WILCOX, BRIAN DOYLE, COLIN RILEY and CORRECTIONS OFFICERS DOE 1–5, all in their individual capacities,

                    Defendants.

No. 9:22-CV-00297-DNH-CFH

**STIPULATION AND ORDER OF DISMISSAL AND SETTLEMENT**

## STIPULATION AND ORDER OF DISMISSAL AND SETTLEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for the Plaintiff and counsel for the Defendants, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be dismissed against all defendants, pursuant to the Agreement attached to this stipulation as Exhibit "1," with prejudice and without costs to any party as against the other.

Dated: New York, New York
August 22, 2023

TRANSGENDER LEGAL DEFENSE &
 EDUCATION FUND, INC.

By: /s/ [signature]
Shayna Medley
Gabriel Arkles
520 8th Avenue, Suite 2204
New York, New York 10018
(646) 993-1675
smedley@transgenderlegal.org
garkles@transgenderlegal.org

NEW YORK CIVIL LIBERTIES UNION
 FOUNDATION
Gabriella Larios
Robert Hodgson
125 Broad Street, 19th Floor
New York, New York 10004
(212) 607-3300
glarios@nyclu.org
rhodgson@nyclu.org

PAUL, WEISS, RIFKIND, WHARTON &
 GARRISON LLP
Loretta E. Lynch
Audra J. Soloway
Jeremy A. Benjamin
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
jbenjamin@paulweiss.com
lelynch@paulweiss.com
asoloway@paulweiss.com

*Counsel for Plaintiff Makyyla Holland*

Dated: Binghamton, New York
August 23, 2023

ROBERT G. BEHNKE
Broome County Attorney

By: /s/ _____
Robert G. Behnke
Broome County Attorney's Office
Edwin L. Crawford County Office Bldg.
PO Box 1766
Binghamton, New York 13902-1766
(607) 778-2117

*Counsel for Defendants Broome County, David E. Harder, Mark Smolinsky, Parris George, Adam Valls, David Allen, Franklin Birt, Michael McCafferty, Matthew Simek, Daniel Weir, Joseph Davis, Nicholas Bixby, Douglas Dailey, Adam Wilcox, Brian Doyle, and Colin Riley*

Dated: Poughkeepsie, New York
August 23, 2023

The Law Offices of
STEINBERG, SYMER & PLATT, LLP

By: /s/ _____
Jonathan E. Symer
22 IBM Road, Suite 201
Poughkeepsie, New York 12601
(845) 471-4455

*Counsel for Defendants Ishtiaq Hossain and Mahmood Ahmed*

IT IS SO ORDERED:

_____
Hon. David N. Hurd
United States District Judge

Dated: _____

CERTIFICATE OF SERVICE

I certify that, on August 24, 2023, I caused a true and correct copy of the foregoing to be served upon all parties to this action via the CM/ECF system.

Dated:  New York, New York
         August 24, 2023

/s/ Jeremy A. Benjamin
Jeremy A. Benjamin